MICHAEL C. MARTINEZ (SBN 275581)
mmartinez@democracyforward.org
KARIANNE M. JONES*
kjones@democracyforward.org
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090

* Admitted *pro hac vice*

JI-IN LEE HOUCK (SBN 280088)
jiin@stalwartlaw.com
STALWART LAW GROUP
1100 Glendon Ave., Suite 1840
Los Angeles, California 90024
Telephone: (310) 954-2000

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STUDENT DEBT CRISIS,<br><br>            Plaintiff,<br><br>   v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, | NO. 2:19-CV-10048-JAK-AS<br><br>JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT [FED. R. CIV. P. 15(a)(2)] |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Student Debt Crisis and Defendants the Consumer Financial Protection Bureau ("CFPB"); Kathleen Kraninger, in her official capacity as Director of the CFPB; the U.S. Department of Education; and Elisabeth DeVos, in her official capacity as Secretary of Education, through their respective counsel, hereby agree and stipulate to allow Plaintiff to file a First Amended Complaint.

This is the parties' first stipulation to allow Plaintiff to file an amended complaint, and it is being entered into for the following reasons that constitute good cause:

1. Plaintiff filed the above captioned case on November 25, 2019. Defendants' response deadline is currently March 2, 2020.

2. Plaintiff complaint brings six counts under the Administrative Procedure Act.

3. Count 6 relates to the lack of a Memorandum of Understanding ("MOU") between the CFPB and Department of Education as required by 12 U.S.C. § 5535.

4. Plaintiff understands that on January 31, 2020, the CFPB and Department of Education entered into a MOU under 12 U.S.C. § 5535. As a result, Plaintiff will no longer pursue count 6 and has agreed to dismiss it. Since count 6 is the only count against the Department of Education and Secretary DeVos, Plaintiff will also dismiss them as parties to this case. The rest of the counts will remain.

5. Plaintiff requests leave to file a First Amended Complaint (attached as Ex. B).

6. Defendants will respond to the First Amended Complaint by April 6, 2020.

7. If Defendants' responsive pleading is a motion to dismiss, Plaintiff's opposition will be due by April 27, 2020 and Defendants' reply will be due by May 11, 2020.

8. If Defendants' responsive pleading is a motion to dismiss, Defendants anticipate requesting a hearing date of June 15, 2020.

WHEREFORE, the parties stipulate and agree to the foregoing, and respectfully request the Court issue an order providing Plaintiff leave to file a First Amended Complaint.

Respectfully submitted this 21st day of February, 2020.

<u>s/ Michael C. Martinez</u>
MICHAEL C. MARTINEZ (SBN 275581)
mmartinez@democracyforward.org
KARIANNE M. JONES*
kjones@democracyforward.org
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090

*Admitted *pro hac vice*

Joint Stipulation to Allow Plaintiff to File an Amended Complaint
No. 2:19-cv-10048-JAK-AS

|   |   |
|---|---|
|   | JI-IN LEE HOUCK (SBN 280088)<br>jiin@stalwartlaw.com<br>STALWART LAW GROUP<br>1100 Glendon Ave., Suite 1840<br>Los Angeles, California 90024<br>Telephone: (310) 954-2000<br><br>*Counsel for Plaintiff* |
| Dated:  February 21, 2020 | NICOLA T. HANNA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, General Civil Section<br><br>    */s/  Daniel A. Beck*    <br>DANIEL A. BECK<br>Assistant United States Attorney<br>Attorneys for Defendants United States Department of Education and Elisabeth Devos in her official capacity as Secretary of Education |
| Dated:  February 21, 2020 | MARY McLEOD<br>General Counsel<br>JOHN R. COLEMAN<br>Deputy General Counsel<br>LAURA M. HUSSAIN<br>Assistant General Counsel<br><br>*/s/ Bernard J. Barrett*<br>BERNARD J. BARRETT<br>Senior Litigation Counsel<br>Attorneys for Defendants United States Consumer Financial Protection Bureau and Kathleen Kraninger in her official capacity as Director of the Consumer Financial Protection Bureau |

Joint Stipulation to Allow Plaintiff to File an Amended Complaint
No. 2:19-cv-10048-JAK-AS

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized filing