

FILED
CLERK, U.S. DISTRICT COURT

2/27/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| STUDENT DEBT CRISIS, <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Defendants. | NO. 2:19-CV-10048-JAK-AS <br><br> **ORDER ON JOINT STIPULATION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT (DKT. 26)** |

11
12
13
14
15
16
17

Based on a review of the Joint Stipulation to Allow Plaintiff to File First Amended

Complaint (the "Stipulation" (Dkt. 26)), sufficient good cause has been shown for the

requested relief. Therefore, the Stipulation is **GRANTED**. Plaintiff Student Debt Crisis

may file a First Amended Complaint on or before March 2, 2020. Plaintiff shall attach a

"redline" version of the amended pleading showing all changes made to the most recent

prior pleading. *See* Dkt. 15 at 19. On or before April 6, 2020, Defendants shall answer,

move or otherwise respond to the operative complaint. If Defendants file a motion to

dismiss, Plaintiff's opposition shall be filed on or before April 27, 2020, and Defendants'

1

1    reply shall be filed on or before May 11, 2020. The hearing on that motion may be set

2

3    for June 15, 2020; provided, however, the motion to dismiss shall cite this Order as the

4    basis for setting the hearing on that date.

5

6    **IT IS SO ORDERED.**

7

8    Dated: February 27, 2020

9

10                            John A. Kronstadt
                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28