# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DEBT CRISIS<br><br>PLAINTIFF(S)<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19-cv-10048-JAK-AS<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 05/06/2020 | / | 31 | / | Notice of Motion (erroneously filed as Memorandum in Support of Motion) |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Incorrect event selected.

Other:

Dated: May 7, 2020     By: /s/ *John A. Kronstadt*
                               U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)