MICHAEL C. MARTINEZ (SBN 275581)
mmartinez@democracyforward.org
KARIANNE M. JONES*
kjones@democracyforward.org
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090

* Admitted *pro hac vice*

JI-IN LEE HOUCK (SBN 280088)
jiin@stalwartlaw.com
STALWART LAW GROUP
1100 Glendon Ave., Suite 1840
Los Angeles, California 90024
Telephone: (310) 954-2000

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STUDENT DEBT CRISIS, <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, KATHLEEN KRANINGER, in her official capacity as Director of the Consumer Financial Protection Bureau, <br><br> Defendants. | Case No. 2:19-cv-10048-JAK-AS <br><br> **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION** <br><br> Hearing Date: October 19, 2020 <br> Time: 8:30 AM <br> Location: 350 W 1st Street, <br> Los Angeles, CA 90012 <br> Courtroom 10B <br><br> Trial Date: TBD <br> First Am. Compl. Filed: Mar. 2, 2020 |

Plaintiff's Memorandum of Points and Authorities in Support of Motion for Leave to File Supplemental Information, Case No. 2:19-cv-10048-JAK-AS

1

1 | Plaintiff Student Debt Crisis files this Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave to File Supplemental Information:

1. On June 10, 2020, Student Debt Crisis filed its Response (ECF No. 37) to Defendants' Motion to Dismiss (ECF No. 33). The briefing on the Motion to Dismiss was completed on July 1, 2020. *See* Martinez Decl. ¶ 2.

2. A point at issue in the Motion to Dismiss is whether Defendant Consumer Financial Protection Bureau has resumed and is conducting supervisory examinations of "larger participants" in the student loan servicing market engaged in servicing federally-held student loans and, if so, whether it is conducting these examinations under an agreement with the Department of Education to conduct "joint" examinations. *See* Defs.' Mot to Dismiss at 2, 7, 22, 24 n.18; Pl.'s Resp. at 1, 13-14 & n.14.

3. Defendants' Motion to Dismiss cites to Director Kathleen Kraninger's March 10, 2020 Senate testimony to support the contention that the CFPB has resumed supervisory examinations. (ECF No. 33-1, p. 8). Director Kraninger is asked: "Has the CFPB at this point in time *resumed* supervisory examinations and oversight of companies that service the $1.2 trillion of loans owned by the federal government?" *Id.* (emphasis added). She responds: "Senator, yes. We have an agreement with the Department of Education and are moving forward with a joint exam, in fact, this month." *Id.*

4. On March 5, 2020, Education Secretary Betsy DeVos testified before the Senate Appropriations Subcommittee on Labor, Health and Human Services, Education, and Related Agencies. *See* Martinez Decl. ¶ 3.

5. On or about July 23, 2020, after the briefing on the Motion to Dismiss was completed, the Department of Education responded in writing to questions from the Senate Appropriations Subcommittee. *Id.* ¶ 4.

6. The set of answers includes the Department's response relating to the joint examination, with the CFPB, of federal student loan servicers. The relevant portion reads:

> Question. On Tuesday, March 10, the Director of the Consumer Financial Protection Bureau (CFPB), Kathleen Kraninger, testified to the Senate Committee on Banking, Housing and Urban Affairs that the CFPB and Department now have an agreement to conduct monitoring of student loan servicers and will be conducting a joint exam of a Federal student loan servicer later this month. Please provide a copy of this monitoring agreement, a copy of any associated memoranda or guidelines regarding this monitoring, a detailed description of any plans to use staff detailed from CFPB at the Department, and a detailed explanation of how the Department plans to conduct oversight with CFPB for Federal student loan servicers.
>
> Answer. [Federal Student Aid] is committed to increasing oversight and monitoring of Federal student loan servicers to ensure borrowers receive superior service. On February 3, 2020, the Department and the Consumer Financial Protection Bureau (CFPB) signed a Memorandum of Understanding (MOU) to better serve student loan borrowers. A copy of the MOU is provided below. The MOU will allow the Department and the CFPB to share complaint information from borrowers and meet on a regular basis. The MOU also provides for the sharing of complaint data analysis, recommendations, and analytical tools.
> As mentioned previously by CFPB Director Kraninger, FSA and the CFPB recently conducted their first joint supervisory and oversight examination of one of FSA's loan servicers. CFPB supervisory exams are generally considered confidential supervisory information; therefore, the Department cannot discuss specific details of the first joint exam. ==In general, FSA considered this first joint exam to be a pilot; it therefore does not currently have any associated monitoring agreements or memoranda other than the MOU mentioned above.==

*See* Martinez Decl. ¶¶ 4-5, Ex. A (Questions from Senator Patty Murray, Senate Appropriations Subcommittee on Labor, Health and Human Services,

and Education, to the Dep't of Educ. *available at* https://www.help.senate.gov/download/wordmurrayqfrs5mar20hearingonfy21edbudget).

7. This supplemental information is relevant to whether the CFPB has resumed and is conducting supervisory examinations of "larger participants" in the student loan servicing market engaged in servicing federally-held student loans in the manner described in the Motion to Dismiss (via an agreement with the Department of Education to conduct "joint" examinations).

WHEREFORE, Plaintiff requests that its Motion for Leave to File Supplemental Information be granted and that Exhibit A to the Declaration of Michael C. Martinez be included in the record before the Court.

Dated: August 13, 2020

Respectfully submitted,
*s/ Michael C. Martinez*

MICHAEL C. MARTINEZ (SBN 275581)
mmartinez@democracyforward.org
KARIANNE M. JONES*
kjones@democracyforward.org
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090

*Admitted *pro hac vice*

JI-IN LEE HOUCK (SBN 280088)
jiin@stalwartlaw.com
STALWART LAW GROUP
1100 Glendon Ave., Suite 1840
Los Angeles, California 90024
Telephone: (310) 954-2000

*Counsel for Plaintiff*