MICHAEL C. MARTINEZ (SBN 275581)
mmartinez@democracyforward.org
KARIANNE M. JONES*
kjones@democracyforward.org
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090

* Admitted *pro hac vice*

JI-IN LEE HOUCK (SBN 280088)
jiin@stalwartlaw.com
STALWART LAW GROUP
1100 Glendon Ave., Suite 1840
Los Angeles, California 90024
Telephone: (310) 954-2000

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STUDENT DEBT CRISIS,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, KATHLEEN KRANINGER, in her official capacity as Director of the Consumer Financial Protection Bureau,<br><br>　　　　　Defendants. | Case No. 2:19-cv-10048-JAK-AS<br><br>**DECLARATION OF MICHAEL C. MARTINEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION** |

1

Martinez Decl. in Support of Mot. For Leave to File Suppl. Info., No. 2:19-cv-10048-JAK-AS

Pursuant to 28 U.S.C. § 1746, I, Michael C. Martinez, declare as follows:

1. I am a Senior Counsel at Democracy Forward Foundation and counsel of record for Plaintiff Student Debt Crisis in this matter, No. 2:19-cv-10048-JAK-AS. I submit this declaration in support of SDC's motion for leave to file supplemental information. The assertions I make below are based upon my personal knowledge.

2. On June 10, 2020, SDC filed its Response (ECF No. 37) to Defendants' Motion to Dismiss (ECF No. 33). The briefing on the Motion to Dismiss was completed on July 1, 2020.

3. On March 5, 2020, Education Secretary Betsy DeVos testified before the Senate Appropriations Subcommittee on Labor, Health and Human Services, Education, and Related Agencies. The video of that hearing can be found on the Subcommittee's website at: https://www.appropriations.senate.gov/hearings/review-of-the-fy2021-budget-request-for-the-us-department-of-education).

4. On or about July 23, 2020, after the briefing on the Motion to Dismiss was completed, the Department of Education responded in writing to questions for the record from the Senate Appropriations Subcommittee ("QFRs"). A copy of the QFRs can be found at: https://www.help.senate.gov/download/wordmurrayqfrs5mar20hearingonfy21edbudget.

5. I have read these QFRs. They include the Department's response relating to a joint examination, with the Consumer Financial Protection Bureau, of federal student loan servicers. A true and correct excerpt of the relevant question and answer is attached hereto as Exhibit A and can be found on page 43 of the QFRs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2020.  /s/ Michael C. Martinez
Washington, District of Columbia  Michael C. Martinez