FILED
CLERK, U.S. DISTRICT COURT

8/13/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DEBT CRISIS, <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, KATHLEEN KRANINGER, in her official capacity as Director of the Consumer Financial Protection Bureau, <br><br> Defendants. | No. 2:19-cv-10048-JAK (JASx) <br><br> **ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL INFORMATION (DKT. 39)** |

1

1  Based on a review of Plaintiff's Motion for Leave to File Supplemental
2  Information (the "Motion" (Dkt. 39)), sufficient good cause has been shown for the
3  requested relief. Therefore, the Motion is **GRANTED**. Plaintiff shall file the
4  Supplemental Information lodged as Exhibit A to the Declaration of Michael C.
5  Martinez in Support of Plaintiff's Motion for Leave to File Supplemental Information
6  (the "Supplemental Information" (Dkt. 39-3)) on or before August 18, 2020.

**IT IS SO ORDERED.**

Dated:  August 13, 2020  _____
                                    John A. Kronstadt
                                    United States District Judge