# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DEBT CRISIS<br><br>Plaintiff(s),<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19–cv–10048–JAK–AS<br><br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

|  8/15/20  |  41  |  Supplement  |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

　　The document is stricken and counsel is ordered to file an amended or corrected document by August 19, 2020.

　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated:  August 18, 2020 　　　　　　By:  /s/ *Cheryl Wynn*
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*