UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DEBT CRISIS,<br><br>    Plaintiff,<br><br>    v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, KATHLEEN KRANINGER, in her official capacity as Director of the Consumer Financial Protection Bureau,<br><br>    Defendants. | No. 2:19-cv-10048-JAK-AS<br><br>ORDER RE JOINT STIPULATION AND APPLICATION TO CONTINUE OCTOBER 19, 2020 RULE 16(b)/RULE 26(f) SCHEDULING CONFERENCE AND ALL RELATED DEADLINES (DKT. 45) |

Based on the parties' "Joint Stipulation to Continue October 19, 2020 Rule 16(b)/26(f) Scheduling Conference and All Related Deadlines," (the "Stipulation" (Dkt. 45)), sufficient good cause has been shown for the requested relief. This action has been brought solely under the Administrative Procedure Act ("APA"). There is a pending Motion for Dismissal (the "Motion" (Dkt. 33)). Defendants contend that discovery is unnecessary in an APA action. Plaintiff disagrees as to certain limited issues. The parties agree that the ruling on the Motion should inform them as to whether discovery may be permitted. Therefore, the Stipulation is **APPROVED**. The May 22, 2020 Order setting a Rule 16(b)/26(f) Scheduling Conference (Dkt. 35) and all related deadlines are **VACATED**. However, in the interest of judicial and party efficiency, on or before October 15, 2020, the parties shall submit a joint report not to exceed five pages stating their collective and/or respective estimates as to how long it would take to complete the limited discovery described by Plaintiff in its opposition to the Motion, if such discovery were permitted, and the nature of that discovery. Due to unrelated calendaring issues, the hearing on the Motion is continued from October 19, 2020, at 8:30 a.m. to October 26, 2020, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: October 8, 2020

John A. Kronstadt
United States District Judge