UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-10048 JAK (ASx) | Date | October 26, 2020 |
| Title | Student Debt Crisis v. Consumer Financial Protection Bureau, et al. | | |

Present: The Honorable  **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael C. Martinez | Bernard J. Barrett, Jr. |

**Proceedings:** **DEFENDANTS' MOTION FOR DISMISSAL (DKT. #33)**

The hearing on the motion is held telephonically. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. Counsel address the Court. Counsel for Defendants is directed to lodge the January 31, 2020 Memorandum of Understanding (the "MOU") between the Consumer Financial Protection Bureau and the Department of Education. Upon the filing of the MOU, the Motion will be taken **UNDER SUBMISSION**.

**IT IS SO ORDERED.**

: 48

Initials of Preparer   vrv