STEPHEN VAN METER
Acting General Counsel

JOHN R. COLEMAN
Deputy General Counsel

LAURA M. HUSSAIN
Assistant General Counsel

BERNARD J. BARRETT (CA Bar No. 165869)
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552
Telephone: (202) 435-9396
Facsimile: (202) 435-7024
Email:  Bernard.barrett@cfpb.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STUDENT DEBT CRISIS,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and DAVID UEJIO in his official capacity as Acting Director of the Consumer Financial Protection Bureau,<br><br>Defendants. | Case No. 2:19-cv-10048-JAK-AS<br><br>**PARTIES JOINT MOTION AND STIPULATION TO STAY ACTION FOR 90 DAYS** |

Plaintiff Student Debt Crisis, Defendant Consumer Financial Protection Bureau (Bureau), and Defendant David Uejio in his official capacity as Acting Director of the Consumer Financial Protection Bureau[1], (collectively, the "Parties"), by and through

---

[1] Acting Director Uejio has been substituted as a Defendant in place of former Director Kraninger pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1

their counsel of record, hereby move for, and stipulate to, a 90 day stay of this action. This stay will allow the Parties to consider the resolution of the action in light of intervening events including the change of administrations.  An agreed resolution of this action will save the resources of the Court and the Parties.

This action was filed against the Bureau, the Bureau's then Director, Kathleen Kraninger, then Secretary of Education DeVos, and the Department of Education on November 25, 2019.  After intervening events, on March 2, 2020 Plaintiff filed the operative First Amended Complaint against only the Bureau and Director Kraninger. Argument on Defendants' motion for dismissal was heard on October 26, 2020. (ECF No. 48). That motion was taken under submission after the October 27, 2020 filing of a document requested by the Court. (ECF No. 49).  At the request of the Parties, the Court had previously taken the Rule 16(b)/26(f) Scheduling Conference off calendar and vacated all related deadlines.  (ECF No. 46).

Director Kraninger resigned on January 20, 2021 and was that day replaced by President Biden with Acting Director Uejio.[2]  President Biden has nominated Federal Trade Commission Commissioner and former Consumer Financial Protection Bureau Student Loan Ombudsman Rohit Chopra to be the Director of the Bureau. Commissioner Chopra is awaiting confirmation by the United States Senate.

The Parties agree to confer before the end of any stay to discuss the status of the litigation.  The parties then propose to file a Joint Status Report on or before Wednesday, September 8, 2021.

---

[2] This action concerns the interaction of the Bureau with the Department of Education with respect to the servicing of student loans.  There have been comparable changes at the Department of Education.  Education Secretary DeVos resigned on January 7, 2021 effective January 8, 2021. https://www.wsj.com/articles/betsy-devos-resigns-as-education-secretary-11610077449?mod=article_inline. Dr. Miguel A. Cardona was sworn in as the Secretary of Education on March 2nd, 2021. https://www2.ed.gov/news/staff/bios/cardona.html. Richard Cordray, the former Director of the Consumer Financial Protection Bureau became the Chief Operating Officer of Federal Student Aid at Education on May 3, 2021. https://www.ed.gov/news/press-releases/us-department-education-announces-richard-cordray-chief-operating-officer-federal-student-aid.

WHEREFORE, the Parties stipulate and agree to the foregoing, and respectfully request the Court issue an order staying this action for 90 days.

Dated: June 10, 2021         DEMOCRACY FORWARD FOUNDATION

  /s/ Michael C. Martinez
MICHAEL C. MARTINEZ (SBN 275581)
mmartinez@democracyforward.org
KARIANNE M. JONES*
kjones@democracyforward.org
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090

*Admitted pro hac vice

JI-IN LEE HOUCK (SBN 280088)
jiin@stalwartlaw.com
STALWART LAW GROUP
1100 Glendon Ave.
Suite 1840 Los Angeles, California 90024
Telephone: (310) 954-2000
*Attorneys for Plaintiff*
Student Debt Crisis

Dated:  June 10, 2021         STEPHEN VAN METER
Acting General Counsel
JOHN R. COLEMAN
Deputy General Counsel
LAURA M. HUSSAIN
Assistant General Counsel

  /s/ Bernard J. Barrett
Bernard J. Barrett**
Senior Litigation Counsel
*Attorneys for Defendants*
United States Consumer Financial Protection Bureau and David Uejio
In his official capacity as Acting Director of the Consumer Financial Protection Bureau

**Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized filing

3