STEPHEN VAN METER
Acting General Counsel

JOHN R. COLEMAN
Deputy General Counsel

LAURA M. HUSSAIN
Assistant General Counsel

BERNARD J. BARRETT, JR. (CA Bar No. 165869)
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552
Telephone: (202) 435-9396
Facsimile: (202) 435-7024
Email:  Bernard.barrett@cfpb.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STUDENT DEBT CRISIS,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and DAVID UEJIO, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,<br><br>Defendants. | Case No. 2:19-cv-10048-JAK-AS<br><br>**DECLARATION OF BERNARD J. BARRETT, JR. IN SUPPORT OF PARTIES' JOINT MOTION FOR AND STIPULATION TO A 90 DAY STAY** |

Pursuant to 28 U.S.C. § 1746, I, Bernard J. Barrett, Jr. declare and state as follows:

1. I am a Senior Litigation Counsel in the Office of Litigation and Oversight of the Legal Division of the Consumer Financial Protection Bureau (Bureau or CFPB) and submit this declaration in support of the Parties' Joint Motion for and Stipulation to a 90 day stay of this action.

2. This stay will allow the Parties to consider the resolution of the action in light of intervening events including the change of administrations. An agreed resolution of this action will save the resources of the Court and the Parties.

3. This action was filed against the Bureau, then Bureau Director, Kathleen Kraninger, then Secretary of Education DeVos and the Department of Education on November 25, 2019. After intervening events, on March 2, 2020 Plaintiff filed the operative First Amended Complaint against only the Bureau and Director Kraninger. Argument on Defendants' motion for dismissal was heard on October 26, 2020. (ECF No. 48). That motion was taken under submission after the October 27, 2020 filing of a document requested by the Court. (ECF No. 49). At the request of the Parties, the Court had previously taken the Rule 16(b)/26(f) Scheduling Conference off calendar and vacated all related deadlines. (ECF No. 46).

4. Director Kraninger resigned on January 20, 2021. https://thehill.com/policy/finance/535053-consumer-bureau-director-resigns-after-

bidens-inauguration. That day President Biden replaced her with Acting Director David Uejio.  https://www.consumerfinance.gov/about-us/the-bureau/acting-director. President Biden has nominated Federal Trade Commission Commissioner and former Consumer Financial Protection Bureau Student Loan Ombudsman Rohit Chopra to be the Director of the Bureau.  Commissioner Chopra is awaiting confirmation by the United States Senate. https://en.wikipedia.org/wiki/Rohit_Chopra#cite_note-7.

     5.     This action concerns the interaction of the Bureau with the Department of Education with respect to the servicing of student loans.  There have been comparable changes at the Department of Education.  Education Secretary DeVos resigned on January 7, 2021 effective January 8, 2021.  https://www.wsj.com/articles/betsy-devos-resigns-as-education-secretary-11610077449?mod=article_inline. Dr. Miguel A. Cardona was sworn in as the Secretary of Education on March 2, 2021. https://www2.ed.gov/news/staff/bios/cardona.html. Richard Cordray, the former Director of the Consumer Financial Protection Bureau became the Chief Operating Officer of Federal Student Aid at Education on May 3, 2021.  https://www.ed.gov/news/press-releases/us-department-education-announces-richard-cordray-chief-operating-officer-federal-student-aid.

     6.     The Parties agree to confer before the end of any stay to discuss the status of the litigation.  And the Parties propose to file a Joint Status Report on or before Wednesday, September 8, 2021.

Declaration of Bernard J. Barrett Jr. In Support of Stipulation to 90 Day Stay - 3

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 10, 2021    /s/ Bernard J. Barrett, Jr.
                        Bernard J. Barrett, Jr.