UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STUDENT DEBT CRISIS,<br><br>   Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, and DAVID UEJIO in his official capacity as Acting Director of the Consumer Financial Protection Bureau,<br><br>   Defendants. | Case No. 2:19-cv-10048-JAK-AS<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION FOR 90 DAY STAY |

Based on the parties' motion and stipulation, and good cause appearing,

IT IS HEREBY ORDERED THAT:

This action is stayed for 90 days. The Parties shall file a Joint Status Report on or before Wednesday, September 8, 2021.

**IT IS SO ORDERED.**

Dated:_____

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE