STEPHEN VAN METER
Acting General Counsel

STEVEN Y. BRESSLER
Acting Deputy General Counsel

LAURA M. HUSSAIN
Assistant General Counsel

BERNARD J. BARRETT (CA Bar No. 165869)
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552
Telephone: (202) 435-9396
Facsimile: (202) 435-7024
Email:  Bernard.barrett@cfpb.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| STUDENT DEBT CRISIS, <br><br> Plaintiff, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU, DAVID UEJIO, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, <br><br> Defendants. | Case No. 2:19-cv-10048-JAK-AS <br><br> **JOINT STATUS REPORT PURSUANT TO COURT'S ORDER (ECF NO. 52)** <br><br><br> Trial Date: None <br> First Am. Compl. Filed: Mar. 2, 2020 |

1
2
3
4
5
6
7
8

Pursuant to the Court's June 11, 2021 Order (ECF No. 52), Plaintiff Student Debt Crisis, Defendant Consumer Financial Protection Bureau (CFPB) and Defendant Acting CFPB Director David Uejio submit this joint status report on the procedural status of their resolution discussions. A resolution has not been reached, but discussions are ongoing.  The parties therefore propose that this action be stayed an additional 90 days, until December 6, 2021, and that, if a stipulation of dismissal has not been previously filed, the parties provide a joint status report on or before December 7, 2021.

9
10
11

Dated: September 8, 2021

Respectfully submitted,
*s/ Michael C. Martinez*
MICHAEL C. MARTINEZ (SBN 275581)
mmartinez@democracyforward.org
KARIANNE M. JONES*
kjones@democracyforward.org
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090

*Admitted pro hac vice

*Counsel for Plaintiff*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joint Status Report Pursuant to Court's Order (ECF No. 52)
Case No. 2:19-cv-10048-JAK-AS

Dated: September 8, 2021

STEPHEN VAN METER
Acting General Counsel
STEVEN Y. BRESSLER
Acting Deputy General Counsel
LAURA M. HUSSAIN
Assistant General Counsel

/s/ Bernard J. Barrett**
Bernard J. Barrett
Senior Litigation Counsel

*Counsel for Defendants*
United States Consumer Financial
Protection Bureau and Acting Director
David Uejio in his official capacity

**Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized filing.