1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| STUDENT DEBT CRISIS, | No. 2:19-cv-10048-JAK (ASx) |
|---|---|
| Plaintiff, | **ORDER RE PARTIES' JOINT STATUS REPORT (DKT. 53)** |
| v. | |
| CONSUMER FINANCIAL PROTECTION BUREAU, and DAVID UEJIO in his official capacity as Acting Director of the Consumer Financial Protection Bureau, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2         Based on a review of the Joint Status Report (the "Report" (Dkt. 53)),

3 sufficient good cause has been shown for the requested relief. Therefore, the request

4 for a stay is **APPROVED**.

5         This action is stayed through December 6, 2021. The parties shall file a joint

6 report on the procedural status of their settlement discussions on the earlier of ten

7 days after reaching a settlement agreement or December 7, 2021. The joint report

8 shall not disclose the substantive contents of any settlement discussions. If a joint

9 report states that a settlement agreement has been reached, it shall also include an

10 anticipated date by which this action will be dismissed. If it states that a settlement

11 has not been reached, but that discussions are ongoing, it shall include a proposed

12 date by which they will be completed.

13

14 **IT IS SO ORDERED.**

15

16

17 DATED: <u>September 9, 2021</u>

                                  _____

18                                 John A. Kronstadt

                                 United States District Court Judge

19

20

21

22

23

24

25

26

27

28