KARIANNE M. JONES*
kjones@democracyforward.org
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090
* Admitted *pro hac vice*

JI-IN LEE HOUCK (SBN 280088)
jiin@stalwartlaw.com
STALWART LAW GROUP
1100 Glendon Ave., Suite 1840
Los Angeles, California 90024
Telephone: (310) 954-2000

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STUDENT DEBT CRISIS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-10048-JAK-AS<br><br>**NOTICE OF DISMISSAL**<br><br>Trial Date: None<br>First Am. Compl. Filed: Mar. 2, 2020 |

---

Notice of Dismissal
Case No. 2:19-cv-10048-JAK-AS

1  In light of the attached letter from Defendants, Plaintiff Student Debt Crisis
2 voluntarily dismisses its action under Federal Rule of Civil Procedure
3 41(a)(1)(A)(i) with prejudice. The parties have conferred and agreed to pay their
4 own costs and fees.

5

6 Dated: December 7, 2021

Respectfully submitted,
*s/ Karianne M. Jones*
KARIANNE M. JONES
kjones@democracyforward.org
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090

JI-IN LEE HOUCK (SBN 280088)
jiin@stalwartlaw.com
STALWART LAW GROUP
1100 Glendon Ave., Suite 1840
Los Angeles, California 90024
Telephone: (310) 954-2000

*Counsel for Plaintiff*